**No. 54700.**—F. W. Myers and Company, Inc. *v.* United States, protest 152672–K (Detroit).

Opinion by MOLLISON, J.   At the trial it was stipulated that the merchandise consists of cork composition typewriter platen shells made by superimposing one layer of compressed cork over a layer of cork composition material and that the typewriter platen shells are not made in any part of natural cork bark or cork. On the record presented the claim at 16 cents per pound under paragraph 1511 was sustained.

**No. 54701.**—Fred H. Lowenstein *v.* United States, protest 154075–K (B) (New York).

Opinion by MOLLISON, J.   When the case was called for hearing there was no appearance on behalf of the plaintiff, and it was thereupon ordered to be dismissed by the court.   The protest was therefore dismissed.

BEFORE THE THIRD DIVISION, SEPTEMBER 28, 1950

**No. 54702.**—George Benz Sons, Inc. *v.* United States, protests 86104–K and 86105–K (Minneapolis).

Opinion by EKWALL, J.   For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.

**No. 54703.**—Schroeder Bros., Inc. *v.* United States, protests 91010–K, etc. (New York).

Opinion by EKWALL, J.   For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.